GENERAL COCOA CO., Inc., a Corporation, and Henry W. Peabody & Co., a Co-partnership and Dexter H. Chamberlain, Kenneth S. Magoon, John A. Magoon and G. A. Gumbrecht, as Individuals and Doing Business under the Firm Name and Style of Henry W. Peabody & Co., a Co-partnership, Appellants, v. UNITED STATES of America, Appellee.

No. 10817.

Circuit Court of Appeals, Ninth Circuit.

May 21, 1945.

Farnham P. Griffiths, Charles E. Finney, and McCutchen, Thomas, Matthew, Griffiths & Greene, all of San Francisco, Cal., and Bigham, Englar, Jones & Houston, of New York City, for appellants.

Frank J. Hennessy, U. S. Atty., and Esther B. Phillips, Asst. U. S. Atty., both of San Francisco, Cal., and Arnold Knauth, Atty., Department of Justice, of Washington, D.C., for appellee.

Before DENMAN, HEALY, and BONE, Circuit Judges.

PER CURIAM.

This case was heard below and the decree there entered upon the same evidence as in O. F. Nelson & Co., Ltd., et al. v. United States of America, No. 10816, 9 Cir., 149 F.2d 692.

For the reasons stated in our opinion in No. 10816 the decree is reversed and an interlocutory decree ordered entered for the above named appellants, libelants below, awarding them damages for the loss of cargo, to be followed by a determination of the amount of their damages.

HEALY, Circuit Judge, dissents.

David Richard BROGE, Appellant, v. John E. SLOAN, United States Marshal.

No. 8866.

Circuit Court of Appeals, Third Circuit.

Argued April 6, 1945.

Decided June 1, 1945.

Victor F. Schmidt, of Rossmoyne, Ohio, for appellant.

George Mashank, Asst. U. S. Atty., of Pittsburgh, Pa. (Charles F. Uhl, U. S. Atty., of Pittsburgh, Pa., on the brief), for appellee.

Before ALBERT LEE STEPHENS, GOODRICH, and McLAUGHLIN, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed.